JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SALVADOR DUENAS,<br>    Petitioner,<br><br>v.<br><br>RALPH DIAZ,<br>    Respondent. | Case No. 2:19-09271 CJC (ADS)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

Having considered Petitioner's Salvador Duenas' Request, IT IS HEREBY ORDERED that Petitioner's Request to Dismiss Entire Action without Prejudice is GRANTED.

DATED:   January 23, 2020    ___/s/ Autumn D. Spaeth_____

            Honorable Autumn D. Spaeth

            United States Magistrate Judge